denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–9068. WOODARD v. SUNDSTRAND CORP. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–9623. BAILEY v. O'BRIEN, WARDEN. C. A. 6th Cir. Certiorari before judgment denied.

No. 03–1039. BROWN, WARDEN v. PAYTON, *ante*, p. 133;

No. 04–932. MENDONCA v. SUPREME JUDICIAL COURT OF MASSACHUSETTS ET AL., *ante*, p. 921;

No. 04–953. WABEKE v. MULDER ET AL., *ante*, p. 922;

No. 04–1111. GABALDON v. UNITED STATES, *ante*, p. 923;

No. 04–7523. RICHARDSON v. FEDERAL BUREAU OF INVESTIGATION, 543 U. S. 1158;

No. 04–7764. FEIST v. BERG ET AL., 543 U. S. 1166;

No. 04–7891. ADI v. PRUDENTIAL PROPERTY & CASUALTY INSURANCE CO. ET AL., 543 U. S. 1190;

No. 04–7961. WOOTEN v. CALIFORNIA, *ante*, p. 908;

No. 04–8111. KEYS v. UNITED STATES, 543 U. S. 1173;

No. 04–8120. GRIFFIN v. UNITED STATES ET AL., 543 U. S. 1174;

No. 04–8132. WATTS v. FLORIDA COMMISSION ON HUMAN RELATIONS, 543 U. S. 1191;

No. 04–8144. FISHER v. COPELAND, JUDGE, CIRCUIT COURT OF MISSOURI, 34TH CIRCUIT, 543 U. S. 1174;

No. 04–8186. SHAFER v. OHIO, *ante*, p. 928;

No. 04–8188. SEDGWICK v. UNITED STATES, *ante*, p. 928;

No. 04–8219. SCALES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 950;

No. 04–8260. IN RE BELL-OUTLAW, *ante*, p. 947;

No. 04–8287. WOLFE v. MAHLE; WOLFE v. SACRAMENTO COUNTY, CALIFORNIA, ET AL.; and WOLFE v. SACRAMENTO COUNTY BAR ASSN. ET AL., *ante*, p. 951;

No. 04–8351. RUTHERFORD v. UNITED STATES, 543 U. S. 1192;

No. 04–8400. WILLIAMS v. UNITED STATES, 543 U. S. 1193;

No. 04–8416. FISHER v. GAMMON, SUPERINTENDENT, MO-
BERLY CORRECTIONAL CENTER, *ante*, p. 931;

No. 04–8450. STEVENSON v. LEWIS, WARDEN, *ante*, p. 932;

No. 04–8638. IN SOO CHUN v. BUSH, FORMER PRESIDENT OF
THE UNITED STATES, ET AL., *ante*, p. 943; and

No. 04–8786. BROWN v. UNITED STATES, *ante*, p. 936. Peti-
tions for rehearing denied.

## MAY 18, 2005

No. 04–8831. MCNEILL v. CURRIE ET AL. C. A. 4th Cir. Cer-
tiorari dismissed under this Court's Rule 46.1. 

No. 04A977 (04–10180). BROWN v. CRAWFORD, DIRECTOR, MIS-
SOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir.
Application for stay of execution of sentence of death, presented
to JUSTICE THOMAS, and by him referred to the Court, denied.
Temporary stay heretofore entered is vacated. JUSTICE SOUTER
would grant the application for stay of execution.

JUSTICE STEVENS, with whom JUSTICE GINSBURG and JUSTICE
BREYER join, dissenting.

Because the State has not disputed the merits of petitioner's
challenge to the chemical protocol used by Missouri to carry out
lethal injections, I would grant the stay for the reasons stated
in Judge Bye's dissenting opinion. 408 F. 3d 1027 (CA8 2005).
Assuming the Prison Litigation Reform Act of 1995 applies, see
94 Stat. 352, as amended, 42 U. S. C. § 1997e(a), the State conceded
at oral argument before the District Court that there is no avail-
able remedy that the petitioner has failed to invoke.

No. 04–9596 (04A935). BROWN v. MISSOURI. Sup. Ct. Mo.
Application for stay of execution of sentence of death, presented
to JUSTICE THOMAS, and by him referred to the Court, denied.
Certiorari denied.

No. 04–10165 (04A972). BROWN v. CRAWFORD, DIRECTOR, MIS-
SOURI DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Mo. Ap-